| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Trager, David G | 2. Court or Organization  Eastern District of New York | 3. Date of Report  04/25/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior: U.S. District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination,   Date  ☐ Initial   ☒ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address  225 Cadman Plaza East Brooklyn, New York | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Brooklyn Law School |
| 2. Trustee | Brooklyn Hospital Center |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 APR 30 A 9: 18 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Brooklyn Law School - Adjunct Professor | $ 112605.00 |
| 2. 2006 | TIAA-CREF (Teachers Insurance Annuity Association/College Retirement Equity Fund) - Pension - Brooklyn Law School; supplemental retirement annuity | $ 37057.00 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Self-Employed, Consultant |
| 2. 2006 | IRA & Keogh distributions |
| 3. 2006 | NYS & Local Employees Retirement System |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Bar Council Winter Bench & Bar Conference | Partial reimbursement of travel, lodging and food expenses to attend annual conference in St. Thomas, 2/3-10. |
| 2. | Brooklyn Law School | Partial reimbursement of travel, lodging and food expenses to attend annual meeting of American Law Institute in Washington, D.C., 5/15-17. |
| 3. | Emergency Care Research Institute ("ECRI Institute") - a non-profit agency | PartiaReimbursement of travel, lodging and food expenses to attend 14th Annual Conference on Dilemmas of Risk in Philadelphia, PA, 11/14-16. |

| Name of Person Reporting | Date of Report |
|---|---|
| Trager, David G | 04/25/2007 |

4.

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Trager, David G | 04/25/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | TIAA/CREF | Loan | K |
| 2. | Chase Equity | Credit Line | L |
| 3. | Benjamin J. Golub | Loan | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trager, David G | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pension Funds - TIAA/CREF - Retirement Annuity | E | Dividend | O | T | | | | | |
| 2. Salomon Smith Barney IRA & Keogh - Cash Equivalent | A | Interest | J | T | | | | | |
| 3. Yeshiva University Retirement Income Plan (Prudential) | | None | L | T | | | | | |
| 4. U.S. Savings Bonds Series EE (face value) | | None | J | T | | | | | |
| 5. Salomon Smith Barney - Cash Equivalent | A | Interest | K | T | | | | | |
| 6. Thrift Savings Plan | A | Dividend | M | T | | | | | |
| 7. U.S. Bonds Series HH (face value) | | None | L | T | | | | | |
| 8. Listed Securities (all common shares): | | | | | | | | | |
| 9. American International Group | A | Dividend | J | T | Partial Sale | 12/14 | J | A | |
| 10. Bank of America (formerly Nationsbank) | A | Dividend | J | T | | | | | |
| 11. Bank of New York | A | Dividend | J | T | | | | | |
| 12. H.J. Heinz | A | Dividend | J | T | Sale | 12/7 | J | A | |
| 13. International Paper Co. | A | Dividend | J | T | Sale | 4/12 | J | A | |
| 14. KeyCorp (formerly Society Corp.) | A | Dividend | J | T | Sale | 12/7 | J | A | |
| 15. Keyspan (formerly Brooklyn Union Gas) | A | Dividend | J | T | | | | | |
| 16. Lazard Ltd. | A | Dividend | J | T | | | | | |
| 17. Alcatel/Lucent Technologies | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pepsico | A | Dividend | J | T | | | | | |
| 19. Proctor & Gamble | A | Dividend | J | T | Sale | 1/25 | J | C | |
| 20. ExxonMobil | A | Dividend | J | T | | | | | |
| 21. Verizon (Formerly Bell Atlantic) | A | Dividend | J | T | Sale | 11/3 | J | A | |
| 22. Lincoln National Corp. | A | Dividend | J | T | Sale | 4/12 | J | B | |
| 23. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 24. National City Corp. | A | Dividend | J | T | Sale | 12/7 | J | A | |
| 25. First Data Corp. | A | Dividend | J | T | Buy | 11/3 | J | | |
| 26. IBM | A | Dividend | J | T | Buy | 12/6 | J | | |
| 27. Vanguard Growth ETF | A | Dividend | J | T | Buy | 4/28 | J | | |
| 28. Vanguard International European | A | Dividend | J | T | Buy | 4/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trager, David G | 04/25/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. ████████ I ████ own shares in a cooperative corporation in which we reside.

2. ████████ owns a cooperative apartment in which he resides. I am a registered co-owner with right of survivorship, but have no equitable interest in the apartment.

3. Section VII, Line 6: The name of the mutual fund is "SB Concert Allocation Series Inc. High Growth Portfolio CL B."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____ 4/25/07 _____

NOTE: ANY INDIVID███████████████████████ WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544